USCA1 Opinion

 

 February 28, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1099 IN RE: PETER VAN DAAM, ____________________ PETER VAN DAAM, Appellant, v. DANIEL ITO, ET AL., Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Torruella, Boudin and Stahl, Circuit Judges. ______________ ____________________ Peter Van Daam on brief pro se. ______________ ____________________ ____________________ Per Curiam. We have reviewed appellant's brief and the ___________ record on appeal. We affirm the district court's order of December 21, 1992, essentially for the reasons stated in the court's memorandum of that date. Affirmed. _________ -2-